**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION**

CASE NO.:

RICHARD HORN,

    Plaintiff,

vs.

KEY WEST MARINA INVESTMENTS, LLC,
a Florida Limited Liability Company and
KEY WEST STAFFING, LLC
a Florida Limited Liability Company,

    Defendant.
_____/

**DEFENDANTS' NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants, KEY WEST MARINA INVESTMENTS, LLC ("Key West Marina") and KEY WEST STAFFING, LLC ("Key West Staffing") (collectively "Defendants"), by and through their undersigned counsel, hereby give notice that the civil action identified as *RICHARD HORN V. KEY WEST MARINA INVESTMENTS, LLC, et al*, Case No.: 19-CA-000189-K, currently pending in state court in the Sixteenth Judicial Circuit, in and for Monroe County, Florida ("Sixteenth Judicial Circuit"), is removed to this Court without waiving any rights to which Defendants may be entitled, and state:

**I.  REMOVAL IS TIMELY**

    1.    On or about February 28, 2019, Plaintiff commenced this action against Defendants in the Sixteenth Judicial Circuit. On April 8, 2019, Defendants' respective registered agents received, through service, a copy of the initial pleading setting forth the claim for relief upon which this action is based. *See* Return of Service, attached hereto as Exhibit "A."

CASE NO.:

2. Pursuant to 28 U.S.C. §1446(b)(2)(B), this Notice of Removal is timely because it is filed within thirty (30) days after Defendants received a copy of the initial pleading setting forth the claim for relief upon which the above-captioned cause is based.

## II. REMOVAL BASED ON FEDERAL QUESTION JURISDICTION IS PROPER

3. Pursuant to 28 U.S.C. §1331, this is a civil action brought in a state court of which the district courts of the United States have original jurisdiction because Plaintiff has alleged violations of federal law in his Complaint. *See* Plaintiff's Complaint, attached hereto as Exhibit "B." Plaintiff has pled that Defendants failed to pay him overtime wages under the Fair Labor Standards Act, 29 U.S.C § 201 *et seq.* ("FLSA")[1]. Accordingly, removal of this action is proper under 28 U.S.C. §1441 because the civil action arises under the laws of the United States.

## III. REMOVAL TO THE SOUTHERN DISTRICT OF FLORIDA IS PROPER

4. Pursuant to 28 U.S.C. §1446(a), the United Stated District Court for the Southern District of Florida, Key West Division ("Southern District of Florida"), is the judicial district and division embracing the Sixteenth Judicial Circuit, where this case was brought and is pending, and is therefore the proper district court and division to which this case must be removed.

## IV. ALL REQUIREMENTS NECESSARY FOR REMOVAL HAVE BEEN MET

5. Pursuant to 28 U.S.C. §1446(a), a copy of all process, pleadings, and orders that have to date been served upon Defendant are attached hereto as Exhibits "C."

6. There are no motions currently pending in this action in the Sixteenth Judicial Circuit. Accordingly, there are no pending motions or documents being filed along with this Notice of Removal, as would otherwise be required.

---

[1] Although Plaintiff brings two separate counts under the FLSA against Defendant, both counts appear to allege the same violation of the FLSA by failure to pay overtime.

CASE NO.:

7. Pursuant to 28 U.S.C. §1446(d), promptly after the filing and service of this Notice of Removal, Defendants' Notice to Plaintiff of Removal will be served upon the following counsel for Plaintiff via email:  Jason S. Remer, Esq., Miriam Brooks, Esq., Manuel A. Antommattei, Esq., REMER & GEORGES-PIERRE, PLLC, 44 West Flagler Street, Suite 2200, Miami, FL 33130, jremer@rgpattorneys.com; mbrooks@rgpattorneys.com; maa@rgpattorneys.com.

8. Further, pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal, along with Defendants' Notice to Plaintiff of Removal, will be filed with the Clerk of the Court for the Sixteenth Judicial Circuit. *See* Notice of Removed Action, attached as Exhibit "C."

WHEREFORE, Defendants respectfully give notice of the removal of this action currently pending in the Circuit Court of the Sixteenth Judicial Circuit in and for Monroe County, Florida to the United States District Court for the Southern District of Florida, Key West Division. Respectfully submitted this 6th of May, 2019,

**FORDHARRISON LLP**

*/s/Fabian A. Ruiz*
Edward B. Carlstedt, Esq.
Florida Bar No. 136972
ecarlstedt@fordharrison.com
101 E Kennedy Blvd, Suite 900
Tampa, FL 33602-5133
Telephone: 813-261-7895
Fax: 813-261-7899

Fabian A. Ruiz, Esq.
Florida Bar No. 117928
fruiz@fordharrison.com
One S.E. 3rd Avenue, Suite 2130
Miami, FL  33131
Telephone: (305) 808-2115
Facsimile: (305) 808-2101
*Counsel for Defendants*

CASE NO.:

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on May 6, 2019, I electronically filed the foregoing document with the Clerk for the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in a manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Jason S. Remer, Esq.
jremer@rgpattorneys.com
Miriam Brooks, Esq.
mbrooks@rgpattorneys.com
Manuel A. Antommattei, Esq.
maa@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: 305-416-5000
Fax: 305- 416-5005

**FORDHARRISON LLP**

*/s/ Fabian A. Ruiz*
Fabian A. Ruiz

WSACTIVELLP:10498989.1